TOCHTERMAN v. LEWISTON & LAKE ONTARIO SHORE POWER CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 1, 1915.) Action by Frederick C. Tochterman, as administrator, etc., against the Lewiston & Lake Ontario Shore Power Company and others. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs.

TOLTEC MEXICAN OIL CO., Applt., v. EAST COAST OIL CO., impld., Respt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

TONGES et al., Appellants, v. VANDERVEER CANARSIE IMPROVEMENT SYNDICATE et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Henry Tonges and another, copartners, etc., against the Vanderveer Canarsie Improvement Syndicate, and others. No opinion. Appeal (from 148 N. Y. Supp. 748) dismissed on consent, without costs. See, also, 153 N. Y. Supp. 1147.

In the Matter of the Claim of John TOOMEY, applt., v. VILLAGE OF BLASDELL, etc., respt. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Order reversed with costs and matter remitted to the Special Term for the appointment of commissioners of appraisal upon the authority of Staub v. Village of Mamaroneck, 165 App. Div. 755, 151 N. Y. Supp. 485. All concur, except Kruse, P. J., who dissents upon the grounds stated in his dissenting memorandum in the case of Matter of Lester v. Village of Blasdell, 167 App. Div. 947, 151 N. Y. Supp. 1126.

Frank B. TOWNSEND, respt., v. Ezekiel C. PERRY, et al., applts. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Order modified by striking out the $10 costs allowed to respondent and as so modified affirmed, without costs of this appeal to either party. All concur, except Lambert, J., who dissents and votes for reversal.

John W. TOWNSEND, applt., v. Bernice R. TOWNSEND, respt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Order modified by reducing the amount of the allowance to $1,000 and as so modified, affirmed, without costs of this appeal to either party.

PER CURIAM. At the time the application for counsel fee was made the trial had practically ended. It is very questionable whether any allowance could properly be made at that time, but inasmuch as the first installment of $1,000 has been paid, as appears by the briefs and statement of counsel upon the argument, the order may be modified so as to reduce the allowance to $1,000, and as so modified, affirmed, without costs.

Lillian G. TROUT, as execx., etc., applt., v. EMPIRE SHIPBUILDING CO. and John F. Malone, respts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Motion to amend decision, so as to state that the reversal was upon questions of law only and that the facts had been examined and no error found therein denied, with $10 costs.

TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Respt., v. Joel RATHBONE, impld., Applt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

TUCKER, Respondent, v. WESTERN UNION TELEGRAPH CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 17, 1915.) Action by Henry C. Tucker against the Western Union Telegraph Company and another. No opinion. Order affirmed, with $10 costs and disbursements. Held, that a case was presented by the papers warranting the granting of the temporary injunction, and that in view of the disposition of the appeal now made by this court it is not necessary to pass further upon the questions sought to be presented therein.

Norman W. ULINE, respt., v. Linwood T. HICKS, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order unanimously affirmed, with costs.

UNITED STATES TITLE GUARANTY CO., Respondent, v. SPERRY, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by the United States Title Guaranty Company against Howard A. Sperry. No opinion. Application denied, without costs. See, also, 154 N. Y. Supp. 1148.

UNIVERSAL AUDIT CO. v. James CAMERON. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion to go to the Court of Appeals granted. Motion to extend time denied. Settle order on notice. See, also, 169 App. Div. 879, 155 N. Y. Supp. 1025.

USONA STAMPING WORKS v. WAGNER et al. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by the Usona Stamping Works against Philip J. Wagner, impleaded with others. No opinion. Motion denied, with 10 costs. Order filed. See, also, 155 N. Y. Supp. 1145.